# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ANNETTE O. KAMAL and HANY M. KAMAL, *individually, and on behalf of all others similarly situated*

                     Plaintiffs,                  23 **CIVIL** 10487 (MKV)

     -against-                             **JUDGMENT**

PRESSLER, FELT & WARSHAW, LLP and LVNV FUNDING LLC.,

                     Defendants.

------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 25, 2025, Defendant's motion to dismiss is GRANTED. The Court dismisses this case with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      March 26, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                             **BY:** _____
                                                    **Deputy Clerk**